# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Sarah F. Rifenburg

    v.    Case Number - 07-3088-SSA-CV-S-WAK

Michael J. Atrue

    _    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

- by order of September 12, 2007, the decision of the Commissioner is affirmed and this case is dismissed.

ENTERED ON: September 13, 2007

September 13, 2007  
Date

Patricia L. Brune  
Clerk

/s/ J Russel  
J Russel  
(By) Deputy Clerk